AUSA: DePorre  Telephone: (810) 766-5177
AO 91 (Rev. 11/11) Criminal Complaint    Special Agent: Hurt-ATF  Telephone: (810) 341-5710

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
General Jasper Tyler III

Case No.

Case: 4:21-mj-30281
Judge: Unassigned,
Filed: 06-07-2021 At 10:41 AM
USA v. GENERAL JASPER TYLER III
(CMP)(MLW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 7, 2021__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |
| 26 U.S.C. § 5861(d) | Possession of an unregistred short barrel shotgun |

This criminal complaint is based on these facts:

I have probable cause to believe that on June 7, 2021 in the Eastern District of Michigan, General Jasper Tyler III, knowingly possessed, in and affecting commerce, multiple firearms in violation of 18 U.S.C. § 922(g)(1) - (felon in possession of a firearm) and 26 U.S.C. § 5861(d) -(possession of an unregistred short barrel shotgun).

☑ Continued on the attached sheet.

_Complainant's signature_

Dustin Hurt, Special Agent, ATF
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: June 7, 2021

_Judge's signature_

City and state: Detroit, MI    Anthony P. Patti United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT

1.I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since October of 2018. I am currently assigned to the Detroit Field Division, Flint Field Office. Before working for the ATF, I was employed by the Michigan Department of State Police (MSP) for approximately seven years. Before working for MSP, I was a local police officer for the Grand Ledge Police Department for approximately three years. I held numerous positions with the MSP, including Detective Sergeant in the Polygraph Unit and Task Force Officer with the FBI. During my employment with ATF and MSP, I have conducted or participated in numerous criminal investigations focused on firearms, armed drug trafficking, and criminal street gangs, and other violations of federal law.

2.I make this affidavit from personal knowledge based on my participation in this investigation, my review of reports and other materials prepared by those who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. Other ATF agents and I am currently investigating General Jasper Tyler III for violation of federal gun and drug laws.

4. On June 7, 2021, other ATF agent and I executed a federal search warrant at General Jasper Tyler III's residence located at 1921 Greenbriar Lane Flint, MI 48507.

5. Prior to the execution of the search warrant, I had an opportunity to query the criminal history of Tyler III.  Based on the following felony convictions, there is probable cause Tyler III knew he had been previously convicted of a felony offense punishable by incarceration for a term exceeding one year:

- 7/12/2013 – Tyler pled guilty in the 7th Circuit Court of Michigan to felony Controlled Substance Possession. Tyler was sentenced to 13 months to 8 years and was incarcerated with MDOC. CFN: 13-033146-FH.

- 10/31/2013 - Tyler was convicted in the Eastern District of Michigan (ATF Flint) of Title 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm. Tyler was incarcerated for 16 months with 3 years of supervised release to follow.

- 8/24/2017 – Tyler pled guilty to Title 18 USC Section 922(g)(1) – Felon in Possession of a Firearm in the Eastern District of Michigan. Tyler was incarcerated for 60 months followed by three years of supervised release.

- Tyler is currently on supervised release through US Probation in the Eastern District of Michigan.

6. The execution of the search warrant yielded the following firearm and ammunition seizures:

- KelTec, PLR-16, 5.56 caliber semi-automatic pistol (with an arm brace) bearing S/N: PCN14 located in the northeast bedroom closet. This firearm had a fully loaded magazine with a round chambered.

- Fostech Seymour 12-gauge shotgun bearing S/N: SNFT-0003470 located in the northeast bedroom closet.

- Bushmaster, model XM15-E2S, multi-caliber semi-automatic rifle bearing S/N: ARA023572 located in northeast bedroom closet.

- Anderson Manufacturing, model AM-15, multi-caliber semi-automatic rifle bearing S/N: 15172476 located in the northeast bedroom closet.

- Pardus, model Magnum, 12-gauge semi-automatic shotgun bearing S/N: P20-A103275 located in the northeast bedroom closet. This firearm had a fully loaded magazine with a round chambered.

- Stevens, model 320, 12-gauge pump action short barrel shotgun with a barrel length of approximately 15 5/16 inches bearing S/N: 176688L located in the northeast bedroom closet. This firearm was loaded with five rounds and one chambered round.

- Girsan, model Regard-MC, 9mm caliber pistol bearing S/N: T6368-20A03131 located with a fully loaded magazine and a chambered round in the northeast bedroom closet.

- Glock, model 23 Gen 4, 40 caliber semi-automatic pistol bearing S/N: ABKA682 fully loaded with an extended magazine. Located in the southeast bedroom in plain view on top of a dresser.

- The following types of ammunition were located inside the residence: 232 rounds of assorted 12-gauge ammunition, 213 rounds of assorted .223 caliber ammunition, 120 rounds of assorted 9mm ammunition, 101

rounds of assorted .40 caliber ammunition and 90 rounds of assorted 7.62 caliber ammunition.

7. During the execution of the search warrant, SA Hurt conducted a recorded custodial interview of Tyler III inside of his government issued vehicle. Tyler III was read his *Miranda Rights* of which he agreed he understood and waived his rights. Tyler III advised he has been staying at the residence off and on for a few months. Tyler III advised he sleeps in the room where the Glock Model 23 .40 caliber pistol was in plain view on top of the dresser.

8. During the execution of the search warrant, ATF Task Force Officer (TFO) Monroe conducted an interview of Shavon Smith who advised Tyler III had been living at the residence for "at least a week." TFO Monroe also spoke with Geriya Tyler, the daughter of Tyler III, who advised this address is her dad's house and he has been living there for a couple of weeks.

9. On June 7, 2021, I contacted Industry Operations Investigator (IOI) Tamara Klockenga reference Tyler III's status in the National Firearms Registration and Transfer Record (NFRTR). Tyler III had no results in the NFRTR.

10. I have spoken with ATF Special Agent Kyle Salcido, who is recognized by ATF as having expertise in the interstate travel and manufacture of firearms. SA Salcido advised that the above-described firearms and the approximately 756 assorted rounds of ammunition were manufactured outside of the state of Michigan

and are "firearms" and "ammunition" as defined in Chapter 44, Title 18, United States Code.

11. Based on the foregoing, I have probable cause to believe that on June 7, 2021 in the Eastern District of Michigan, General Jasper Tyler III, knowingly possessed, in and affecting commerce, multiple firearms in violation of 18 U.S.C. § 922(g)(1) – (felon in possession of a firearm) and 26 U.S.C. § 5861(d) –(possession of an unregistered short barrel shotgun).

_____
Dustin Hurt
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means on this 7th day of June, 2021.

_____
Hon. Anthony P. Patti
United States Magistrate Judge

5